# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-1163

_____

Edward L. Garlock, Jr.

*Plaintiff - Appellant*

v.

Virginia Lockey, RN, Forrest City Medium FCI; Melissa Loveday, RN, Forrest City Medium FCI; Karin Cunningham, RN, Forrest City Medium FCI; Sandra Futrell, RN, Forrest City Medium FCI; USA

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: February 22, 2019
Filed: March 8, 2019
[Unpublished]

_____

Before GRUENDER, BOWMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this action under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), and the Federal Tort Claims Act (FTCA), federal

inmate Edward L. Garlock, Jr., appeals from the order of the District Court[1] dismissing the <u>Bivens</u> claims without prejudice and granting summary judgment to the United States on the FTCA claim.  We conclude there is no valid basis for reversal.  We affirm the judgment and deny Garlock's pending motion for counsel.

---------------------------------

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.